STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the thirteenth day of May, 2013.

Present: Thomas L. Kilbride, Chief Justice
Justice Charles E. Freeman          Justice Robert R. Thomas
Justice Rita B. Garman              Justice Lloyd A. Karmeier
Justice Anne M. Burke               Justice Mary Jane Theis

On the twentieth day of May, 2013, the Supreme Court entered the following judgment:

In re:

M.R.26019

Lewis Steven Goldblatt                              Attorney
Goldblatt Law Firm                                  Registration and
175 East Main Ave., Suite 130                       Disciplinary
Morgan Hill, CA  95037-7520                         Commission
                                                    2013PR00028

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Lewis Steven Goldblatt, who has been disciplined in the State of Missouri, is suspended from the practice of law in the State of Illinois for one (1) year and until further order of the Court.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this twentieth day of May, 2013.

*Carolyn Taft Grosboll*
Clerk,
Supreme Court of the State of Illinois